UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 13-589 |
| | * | |
| VERSUS | * | SECTION "F" (2) |
| | * | |
| AUDUBON CAPITAL SBIC, L.P. | * | |
| | * | |
| Defendant. | * | |
| | * | |

**************************************

**THE RECEIVER'S SIXTH AND FINAL REPORT
FOR THE PERIOD SEPTEMBER 1, 2018 THROUGH JULY 12, 2019**

**I.   INTRODUCTION**

The United States Small Business Administration ("SBA") as Receiver ("Receiver") for Audubon Capital SBIC, L.P. ("Audubon"), hereby submits this Receiver's Sixth and Final Report ("Receiver's Report") covering all receivership activities from September 1, 2018 through July 12, 2019.

**II.   BACKGROUND**

Audubon is a Delaware limited partnership formed on or about January 14, 2000. Audubon was licensed by the SBA (License No. 06/06-0318) as a Small Business Investment Company ("SBIC") pursuant to Section 301(c) of the Small Business Investment Act of 1958, as amended (the "Act"). Audubon was licensed solely to do business under the provisions of the Act and the regulations promulgated thereunder. Audubon's Agreement of Limited Partnership expressly provides that Audubon was organized for the purpose of operating under the Act and subject to Title 13 of the Code of Federal Regulations, Part 107 (the "Regulations") issued by the SBA thereunder. Audubon's sole general partner is Audubon SBIC Partners, LLC, ("SBIC Partners") a

1

Louisiana limited liability corporation. By Order of this Court entered August 26, 2013, SBA was appointed receiver for Audubon.

III.     **OPERATION OF THE RECEIVERSHIP**

A.     **General Operations**

Pursuant to paragraph 1 of the Receivership Order, the Receiver was appointed to marshal and liquidate all of Audubon's assets, and to satisfy the claims of creditors from those liquidated assets. In furtherance of that objective, the Receiver reviewed all known documents made available by Audubon, and met and worked with Audubon's representatives and the management for each of the small business companies described in Section IV.

B.     **Notice of Receivership**

In accordance with paragraph 4 of the Receivership Order, the Receiver sent written notice of its appointment to the last known addresses of all individuals and entities that it believed might have an interest in this receivership, including Audubon's portfolio concerns and limited partner.

C.     **Professionals Retained by the Receiver**

Pursuant to paragraph 5 of the Receivership Order, the Receiver retained several professionals to assist with this receivership. The Receiver retained Richard E. Moser ("Moser") as its Principal Agent. Moser assists the Receiver in managing and liquidating Audubon's accounts and generally carrying out the functions and responsibilities of this Receivership. The Receiver also retained an accounting firm, The Riggs Group, P.C. ("TRG") to provide accounting services. Recovery Support Services, Inc. ("RSS"), an affiliate of TRG, provides office space, administrative and paralegal services. The Receiver retained the law firm of Baker, Donelson in Washington, D.C. to act as its counsel in securities matters.

**D.     Books, Records and Files**

Following the Receiver's appointment, it took possession of Audubon's books, records and files and shipped those files the Receiver's principal office in Washington, D.C.

**E.     Accounting and Tax Matters**

The Receiver met with Audubon's representatives to take control of all banking information and to examine Audubon's pre-receivership cash activity. With respect to Audubon's investments, the amounts and dates provided in this Report are based upon the SBA Form 468 filing that Audubon submitted to the SBA on June 30, 2013 and on Audubon's General Ledger at that date. Based on these records and the Receiver's subsequent records, the Receiver's accountants have prepared and filed all federal and state tax returns through 2018.

**F.     Corporate Status**

Audubon is a limited partnership in good standing in the State of Delaware. CT Corporation is the Registered Agent for Audubon. Franchise fees for all years through 2019 have been paid.

**G.     Receivership Cash Account**

At the time the SBA was appointed as Receiver, Audubon maintained a cash account balance of $8,179.42. Audubon surrendered those funds to the Receiver, which then deposited them in an interest bearing account with Branch Banking & Trust Co. in Wilson, North Carolina. That account is held in the name of "SBA, Receiver for Audubon Capital Fund SBIC, L.P." On July 12, 2019, the receivership cash account had a balance of $0 and had been closed. The Receiver's accountant has prepared a ledger of all cash receipts and disbursements for this reporting period which is attached as Exhibit A to this report.

**H.     Receivership Offices**

The Audubon receivership is operated from and maintains post-receivership financial and

accounting records at 1100 G Street, NW, 11th Floor, Washington, D.C. 20005. The Receiver shares office space and administrative services with many other SBA receiverships at that location. Historic and accounting files from Audubon's corporate and portfolio records are also located at that office while current files are maintained electronically at the Principal Agent's office in San Rafael, California.

IV.     **ANALYSIS OF MONEY INVESTED IN SMALL BUSINESS CONCERNS**

   A.     **Cash Balance**

As of June 12, 2019, the Receivership's cash balance was $0.

   B.     **Resolved Assets—Prior Periods**

Prior to the inception of the Receivership, Audubon had invested in twenty (20) small business concerns, ("SBCs"). Of these twenty SBCs, twelve (12) had ceased operations or had been acquired, sold or otherwise liquidated at the time of the receivership.

At the inception of the Receivership, the Receiver verified the status of each of these investments through the files of Audubon and through independent research of the companies' history and operations. Five additional companies, marked with an asterisk (*) were resolved during a prior reporting period:

        a) Duran-Wayland*

        b) Fast Friends

        c) Full Vision

        d) Furnace & Tube Service

        e) Integrated Excellence

        f) Jered Industries

        g) JPS Corporation

   h) Kean's the Cleaner, LLC*

   i) Lightning Components

   j) M & A Supply

   k) Mincron SBC Corporation

   l) Miracle Corp. Products, Inc.*

   m) Moreno Energy Services

   n) On-Site Fuel Service

   o) Paradigm Engineering

   p) Tiger Component Supply, Inc.*

   q) Trinity Green Services, Inc.*

   r) Tripac Corporation*

**C. Resolved Assets, Current Period**

During the period covered by this Report, Audubon resolved both of its two remaining assets.

**1. Kiko Foods, Inc.**

**Resolution.** Kiko Foods was a supplier of packaged foods which declared bankruptcy in 2008, owing Audubon in excess of $6.5 million. Subsequently, Audubon provided $1.4 million in debtor-in-possession financing to Kiko, approximately $700,000 of which was repaid pre-receivership as Kiko liquidated its assets. During the reporting period, Kiko had only one remaining asset: an order of criminal restitution with a balance due at July 12 of $119,900 in favor of Kiko against a former employee who was convicted of embezzlement, from which Kiko paid to Audubon $1,400.00 during the reporting period. The Receiver, Kiko and the former employee settled this obligation for $2,000.00, which funds were transferred to the SBA after the receivership's trust account was

closed. Kiko will subsequently be dissolved.

### 2. M & I Strategic Partners, LLC.

**Resolution.** During the reporting period, MISP settled an escrow dispute and distributed $11,659.84 to Audubon, ending its active business operations. Because the company is not being dissolved immediately, Audubon's membership interest in the LLC, which has no book value, was transferred to the SBA in the process of winding up the receivership.

## V. LIABILITIES

### A. Receiver's Certificates

This Court authorized the Receiver to borrow from the SBA up to $1,000,000 and to issue Receiver's Certificates of Indebtedness. During prior reporting periods, the Receiver borrowed $250,000 and repaid that loan with interest.

## VI. CLAIMS BAR DATE

After a Claims Bar Date was established, by Order entered February 12, 2014, this Court approved the Receiver's recommendations for resolving claims and for establishing priority of payments from the Receivership estate. On July 2, 2014, this Court issued an order approving the Receiver's recommendation to approve claims from (1) Semmes, Bowen and Semmes; (2) the Delaware Secretary of State; and (3) SBA.

The Order also denied equity claims from (1) Audubon Capital Fund I, L.P.; (2) Louisiana Economic Development Corporation; and (3) Pan American Life Insurance Company, although the equity positions in Audubon in accordance with Audubon's corporate governance documents were recognized.

The Semmes and Delaware claims were paid upon receipt of the Court's order. By the end of the reporting period, $1.316,340.09 had been paid on the SBA's approved claim of

$15,105,668.17 plus accrued interest.

## VII. OTHER MATTERS

**A. Potential Claims.** During a prior reporting period, the Receiver issued a demand letter to SBIC Partners asserting that SBIC Partners had taken excess management fees, pre-receivership, in the amount of $3,362,826.77 and making demand for the payment of that amount. During the reporting period, the Receiver settled this claim for $450,000, which funds were wired to the SBA after the receivership trust account was closed.

## VII. RECEIPTS AND DISBURSEMENTS

The attached schedule (Exhibit A) sets forth a summary of all cash disbursements and cash receipts during the period of this Report, September 1, 2018 through July 12, 2019 and from the inception of the receivership through the same date. This Receiver's Sixth and Final Report was prepared by Richard Moser with information supplied by TRG and by the management of the invested companies.

Respectfully submitted,

Dated: July 24, 2019

*Richard E. Moser*
RICHARD E. MOSER
Principal Agent for SBA as Receiver for
Audubon Capital SBIC, L.P.

7

**EXHIBIT A**
**Audubon Capital SBIC, L.P.**
Cash Receipts and Disbursements
8/26/13 and 9/1/18 through 7/12/19

|  | 09-01-18 to 07-12-19 | 08-26-13 to 07-12-19 |
|---|---:|---:|
| 1. Cash on Hand at the Beginning of Period | $ 233,963.23 | $ 8,179.42 |
| 2. Receivership Operations |  |  |
| A. Receipts from Receivership Operations: |  |  |
| Sale of Assets: |  |  |
|    Durand-Wayland, Inc. | - | 735,000.00 |
|    MiracleCorp Products | - | 700,000.00 |
|    M&I Strategic Partners, LLC | 11,659.84 | 272,115.35 |
|    Trinity Green Services, LLC | - | 175,000.00 |
|    Tripac International, Inc. | - | 139,297.08 |
|    Kean's the Cleaner, LLC | - | 9,000.00 |
|    Tiger Components Supply, Inc. | - | 3,975.89 |
| Sub-Total Sale of Assets: | $ 11,659.84 | $ 2,034,388.32 |
| Payment on Loans: |  |  |
|    Kiko Food Inc. | 1,400.00 | 62,872.89 |
| Sub-Total Payment on Loans: | $ 1,400.00 | $ 62,872.89 |
| Other Receipts: |  |  |
|    Insurance Recovery of Legal Expenses | - | 314,442.14 |
|    Interest Earned from Cash Accounts | 2,841.81 | 7,889.73 |
|    Dividend Earned from Cash Accounts | - | 0.30 |
| Sub-Total on Other Receipts: | $ 2,841.81 | $ 322,332.17 |
| Total Receipts from Receivership Operations | $ 15,901.65 | $ 2,419,593.38 |
| B. Disbursements from Receivership Operations: |  |  |
| Operational Disbursements: |  |  |
|    Accounting/Bookkeeping Fees | 74,518.46 | 351,231.69 |
|    Agent Fees | 35,224.04 | 274,577.63 |
|    Rent/Overhead Allocation | 48,807.92 | 194,551.38 |
|    IT Systems Support Expenses | 19,456.52 | 81,388.14 |
|    Legal Services | 15,174.50 | 51,321.74 |
|    Travel Expenses | 1,712.97 | 35,218.83 |
|    Consulting Fees | - | 20,919.89 |
|    Administrative Services | 9,065.38 | 27,946.39 |
|    Investigative/Research Fees | - | 17,228.80 |
|    Bank Charges/Trustee Fee | 425.54 | 4,999.91 |
|    Deposit For Receivership Office Space | - | 4,000.00 |
|    Corporate Compliance | 697.60 | 3,276.28 |
|    Record Storage Expenses | 285.70 | 2,984.76 |
|    Delivery Services | 698.26 | 2,861.15 |
|    Estimated Closing Expenses | 2,300.00 | 2,300.00 |
|    Bar Date Notice | - | 1,960.40 |
|    Filing Fees | 6.40 | 1,482.17 |
|    Postage/Certified Mail Expenses | 151.50 | 422.61 |
|    Communications Expenses | - | 207.92 |
| Sub-Total Operational Disbursements: | $ 208,524.79 | $ 1,078,879.69 |
| Other Disbursements: |  |  |
|    Kiko Foods, Inc. Add-on Investment | - | 200.00 |
|    Tiger Components Supply, Inc. Add-on Investment | - | 100.00 |
| Sub-Total Other Disbursements | $ - | $ 300.00 |
| Total Disbursements from Receivership Operations | $ 208,524.79 | $ 1,079,179.69 |
| Net Cash Gain/(Loss) from Receivership Operations | $ (192,623.14) | $ 1,340,413.69 |

|  | 09-01-18 to 07-12-19 | 08-26-13 to 07-12-19 |
|---|---:|---:|
| Exhibit A Page 2 |  |  |
| 3. Distributions |  |  |
|    Payment On Judgment {to SBA} | 41,340.09 | 1,316,340.09 |
|    Bar Date Claims Paid | - | 21,225.64 |
|    Total Distributions | $ 41,340.09 | $ 1,337,565.73 |
| 4. Borrowings for Receivership Operations |  |  |
|    Receiver Certificates Obtained from SBA | $ - | $ 250,000.00 |
|    Receiver Certificates Payment to SBA | $ - | $ 261,027.38 |
| 5. Total Cash on Hand for Period Ended July 12, 2019. | $ - | $ - |

Note: Residual interest of less than $100.00 is anticipated to flow through the cash account in August, 2019. This amount
will be issued as a check to U.S. Small Business Administration leaving a zero balance and closing the account.